

# NUMBER 13-10-00261-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**CHRISTOPHER BRAGLIA,** Appellant,

**v.**

**KENNETH SHEA MIDDLETON,** Appellee.

### On appeal from the 28th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellant, Christopher Braglia, perfected an appeal from a judgment entered by the 28th District Court of Nueces County, Texas, in cause number 08-5193-A. Appellant has filed a motion to dismiss the appeal on grounds that he no longer wishes to pursue an appeal from an order sustaining the contest to his indigence. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
29th day of June, 2010.